**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 455 MAL 2023

         Respondent               :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                         :

                                       :

BRUCE ALLEN VENEY JR.,            :

         Petitioner                :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 19th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.